## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:10-0071 |
| | ) Judge Trauger |
| BOBBY HARRIS and | ) |
| GALLATIN POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On November 18, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 47), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that:

1. The plaintiff's Motion For summary Judgment (Docket No. 43) is **DENIED**.

2. The plaintiff's Motion For Leave to File An Amended Complaint (Docket No. 40) is **DENIED**.

3. The defendants' Motion To Dismiss (Docket No. 25) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

Any appeal taken from this ruling will not be certified under 28 U.S.C. § 1915(a)(3) as taken in good faith.

It is so **ORDERED.**

Enter this 9th day of December 2010.

ALETA A. TRAUGER
United States District Judge