IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTONIO FREEMAN )
) No. 3-10-0071
v. )
)
BOBBY HARRIS; and )
GALLATIN POLICE DEPARTMENT )

O R D E R

When the defendants filed a response (Docket Entry No. 98) to what they considered to be the plaintiff's motion for injunctive relief, they designated the filing as a motion. It was not a motion; it was a response. Therefore, the Clerk is directed to terminate Docket Entry No. 98 as a pending motion.

By order entered August 23, 2011 (Docket Entry No. 101), the Court declined to consider the plaintiff's submission of a proposed order to show cause (Docket Entry No. 94) as a motion for injunctive relief.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge