IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0071 |
| | ) | Judge Trauger |
| BOBBY HARRIS, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## O R D E R

Defense counsel's Motion to Continue Trial Date (Docket No. 215) is **GRANTED**. It is hereby **ORDERED** that this *pro se* jury trial is **RESET** for January 28, 2014.

It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order. She shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case. If she considers it appropriate to appoint counsel to represent the plaintiff at trial, she should do so.

It is so **ORDERED.**

Enter this 12th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge