IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0071 |
| | ) | Judge Trauger |
| BOBBY HARRIS, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On June 20, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 227), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Bobby Harris (Docket No. 218) is **DENIED**.

It is so **ORDERED.**

Enter this 17th day of July 2013.

_____
ALETA A. TRAUGER
United States District Judge