IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTONIO FREEMAN )
)
v. ) NO. 3:10-0071
)
BOBBY HARRIS; and GALLATIN POLICE )
DEPARTMENT )

**ORDER**

The defendant's motion to continue pretrial conference, Docket Entry No. 237, filed November 5, 2013, is GRANTED. The pretrial conference scheduled in this civil action on Thursday, December 5, 2013, is RESCHEDULED to **10:00 a.m., Wednesday, December 11, 2013**.

It is further ORDERED that the Order to Produce the plaintiff, Docket Entry No. 235, entered November 4, 2013, is VACATED. A new order to produce the plaintiff for December 11, 2013, will be entered contemporaneously with this order.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge