IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO FREEMAN | ) | |
| | ) | |
| v. | ) | NO. 3:10-0071 |
| | ) | |
| BOBBY HARRIS; and GALLATIN POLICE DEPARTMENT | ) ) | |

**ORDER TO PRODUCE**

The pretrial conference scheduled for Thursday, December 5, 2013, has been continued, and is now RESCHEDULED for **10:00 a.m., Wednesday, December 11, 2013**. It is hereby

**ORDERED** that the State of Tennessee and/or the Tennessee Department of Correction and/or the Warden and/or the Sheriff of the institution (believed to be the Hardeman County Correctional Complex, Whiteville, TN 38075, at the date of entry of this Order) where plaintiff Antonio Freeman is presently confined, produce and deliver plaintiff **Antonio Freeman, Inmate No. 314234,** to this hearing no later than **9:45 a.m., on Wednesday, December 11, 2013,** to Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville, before the Magistrate Judge. This Order to Produce shall be in effect for any subsequent days that the hearing may continue.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge